

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00373-CV

In the **INTEREST OF S.L.** and C.L., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01416
Honorable Charles E. Montemayor, Associate Judge Presiding

Opinion by:     Luz Elena D. Chapa, Justice

Sitting:       Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: October 9, 2013

MOTION TO WITHDRAW GRANTED; AFFIRMED

K.C.[1] appeals the trial court's order terminating her parent-child relationship with S.L. and

C.L.   Appellant's court-appointed appellate attorney filed a motion to withdraw and a brief

containing a professional evaluation of the record, demonstrating there are no arguable grounds to

be advanced, and concluding the appeal is frivolous.  The brief meets the requirements of *Anders*

*v. California*, 386 U.S. 738 (1967).  *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, *4

(Tex. App.—San Antonio May 21, 2003, order) (applying *Anders* procedure to appeals from orders

terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept.

10, 2003, no pet.) (mem. op.).  Appellant was provided a copy of the brief and the motion to

---

[1] To protect the identity of the minor children, we refer to appellant and the children by their initials.  *See* Tex. Fam. Code Ann. § 109.002(d) (West 2011); Tex. R. App. P. 9.8.

withdraw and was informed of her right to review the record and file her own brief. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.) (per curiam); *In re R.R.*, 2003 WL 21157944, at *4. Appellant did not file a pro se brief.

We have reviewed the record and the attorney's *Anders* brief, and we agree with counsel that the appeal is without merit. Accordingly, we grant the motion to withdraw and affirm the trial court's order.

Luz Elena D. Chapa, Justice